CLOSED

FILED
CLERK, U.S. DISTRICT COURT

MAR - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  PIO S. KIM
   Assistant United States Attorney
6  California Bar No. 156679
        U.S. Courthouse, 14th Floor
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-2589
        Facsimile: (213) 894-7177
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                  UNITED STATES DISTRICT COURT
12              FOR THE CENTRAL DISTRICT OF CALIFORNIA
13                        WESTERN DIVISION
14

15 UNITED STATES OF AMERICA,        )  NO. CV 02-5698-RJK(CTx)
                                    )
16          Plaintiff,              )  CONSENT JUDGMENT
                                    )
17     v.                           )
                                    )
18 ALL RIGHT, TITLE, AND INTEREST   )
   IN CERTAIN BANK ACCOUNTS AND     )
19 SECURITIES ACCOUNTS BEING HELD   )
   OR CONTROLLED BY ASIAN CHARTER   )
20 LTD. AND ITS RELATED ENTITIES    )
   AND INDIVIDUALS,                 )
21                                  )
            Defendants.             )
22                                  )
   _____)
23

24

25

26      WHEREAS on July 2, 2003, plaintiff United States of America
27 (the "government") filed its Fourth Amended Complaint for
28 Forfeiture in this action against all right, title, and interest

in the following accounts and their subsidiary accounts, being held or controlled by the following entities and individuals:

  (a) Account no. 382171 in the name of Asian Charter Ltd. at Wing Hang Bank, Wing Hang Bank Building, 161 Queen's Road, Central, Hong Kong;

  (b) Account no. 382199 in the name of Equal Rich Ltd. at Wing Hang Bank, Wing Hang Bank Building, 161 Queen's Road, Central, Hong Kong;

  (c) Account no. 055982 in the name of Founding Garment Ltd. at Wing Hang Bank, Wing Hang Bank Building, 161 Queen's Road, Central, Hong Kong;

  (d) Account no. 356804 in the name of Kinson Garments Ltd. at Wing Hang Bank, Wing Hang Bank Building, 161 Queen's Road, Central, Hong Kong;

  (e) Account no. 792484 in the name of Newshine Ltd. at Wing Hang Bank, Wing Hang Bank Building, 161 Queen's Road, Central, Hong Kong;

  (f) Account no. 855292 in the name of David Kirby at Wing Hang Bank, Wing Hang Bank Building, 161 Queen's Road, Central, Hong Kong;

  (g) Account no. 857429 in the name of Armando Salcedo at Wing Hang Bank, Wing Hang Bank Building, 161 Queen's Road, Central, Hong Kong;

  (h) Account no. 797920 in the name of Chin Wai Ming at Wing Hang Bank, Wing Hang Bank Building, 161 Queen's Road, Central, Hong Kong;

(i) Account no. 055991 in the name of Lin Pang Hum at Wing Hang Bank, Wing Hang Bank Building, 161 Queen's Road, Central, Hong Kong;

(j) Account no. 139393 in the name of The Link Trading Company Limited at Wing Hang Bank, Wing Hang Bank Building, 161 Queen's Road, Central, Hong Kong;

(k) Account no. 235219 in the name of Bismack Industrial Ltd. at Wing Hang Bank, Wing Hang Bank Building, 161 Queen's Road, Central, Hong Kong;

(l) Account no. C094 in the name of Chin Wai Ming at Evergreen Securities Ltd., 1703-4 Chinachem Tower, 34-37 Connaught Road, Central, Hong Kong;

(m) Account no. S038 in the name of Superior Treasure Investment Ltd. at Evergreen Securities Ltd., 1703-4 Chinachem Tower, 34-37 Connaught Road, Central, Hong Kong;

(n) Account no. A008 in the name of Asia Chief Ltd. at Evergreen Securities Ltd., 1703-4 Chinachem Tower, 34-37 Connaught Road, Central, Hong Kong;

(o) Account no. 719908 in the name of Lin Pang Hum at Lippo Securities Ltd., 2302 Tower One, Lippo Center, 89 Queens Way, Central, Hong Kong;

(p) Account no. 723928 in the name of Superior Treasure Investment Ltd. at Lippo Securities Ltd., 2302 Tower One, Lippo Center, 89 Queens Way, Central, Hong Kong; and

  (q) Account no. 002-CA072 in the name of Asia Chief Ltd. at Sungrowth Securities Ltd., 7/F Chinachem Tower, 34-37 Connaught Road, Central, Hong Kong (collectively with the accounts listed in (a) through (p), the "defendant assets").

WHEREAS the government has caused process to be served on the defendant assets, notice to be published, and claim letters to be served,

WHEREAS claimant Armando Salcedo has filed a claim and answer contesting forfeiture of Account no. 857429 in the name of Armando Salcedo at Wing Hang Bank, Wing Hang Bank Building, 161 Queen's Road, Central, Hong Kong (the "Salcedo Account"),

WHEREAS no potential claimant other than claimant Armando Salcedo has appeared in this action, and the time for making an appearance have expired,

WHEREAS on March 16, 2006, the Clerk of the Court entered default of Lin Pang Hum and David Kirby,

WHEREAS on March 27, 2006, the Clerk of the Court entered default of Asian Charter Ltd., Asia Chief Ltd., Bismack Industrial Ltd., Chin Wai Ming, Equal Rich Ltd., Founding Garment Ltd., Kinson Garments Ltd., Newshine Ltd., Superior Treasure Investiment Ltd., The Link Trading Co., Ltd., and all other potential claimants other than claimant Armando Salcedo,

WHEREAS on July 31, 2006, this Court entered the Default Judgment of Forfeiture of all defendant bank accounts with the sole exception of the Salcedo Account,

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of claimant Armando Salcedo and potential claimant Maricela Salcedo (collectively, the "claimants"), and the government, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Fourth Amended Complaint for Forfeiture states claims for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C) and 984.

3. Notice of this action has been given as required by law. No appearance has been made in this action by any person other than claimant Armando Salcedo, and the time for making an appearance has expired. The Default by Clerk has been entered against all potential claimants other than claimant Armando Salcedo, and the Default Judgment of Forfeiture has been entered against the defendant assets, with the sole exception of the Salcedo Account.

4. All right, title, and interest in and to the Salcedo Account are hereby forfeited to the government, and no other right, title, or interest shall exist therein. The government shall dispose of the same according to law.

5. The claimants shall take whatever steps are necessary to pass to the United States clear title to the Salcedo Account, including, without limitation, all reasonable measures necessary to repatriate the funds in the Salcedo Account from Hong Kong to

the United States. Such measures shall include, without limitation, abandoning opposition to the restraint of the funds by the Hong Kong Department of Justice and agreeing to termination of any proceedings brought by the Hong Kong Department of Justice against the funds.

6. The claimants hereby release the United States of America, the State of California, all counties, municipalities and cities within the State of California, and any of foregoing's agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the United States Customs Service, the United States Immigration and Customs Enforcement, and any of the foregoing's employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of the claimants, arising out of or related to this action. The claimants represent and agree that they have not assigned and are the rightful owners of such claims, causes of action and rights.

7. The Court finds that there was reasonable cause for the restraint of the Salcedo Account in Hong Kong and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /

```
 1      8.  The parties shall each bear their own attorney's fees
 2  and other costs and expenses of litigation.
 3      DATED: March 4, 2008      _____
                                   UNITED STATES DISTRICT JUDGE
 4
                                   /s/ Robert J. Kelleher
 5                     CONSENT
 6      The parties consent to judgment and waive any right of
 7  appeal.
 8      DATED: Feb. 22, 2008     THOMAS P. O'BRIEN
                                  United States Attorney
 9                                CHRISTINE C. EWELL
                                  Assistant United States Attorney
10                                Chief, Criminal Division
                                  STEVEN R. WELK
11                                Assistant United States Attorney
                                  Chief, Asset Forfeiture Section
12
                                  /s/ Pio S. Kim
13                                _____
                                  PIO S. KIM
14                                Assistant United States Attorney

15                                Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA
16
        DATED: _____, 2008   {see next page}
17                                _____
                                  ARMANDO SALCEDO
18
        DATED: _____, 2008   {see next page}
19                                _____
                                  MARICELA SALCEDO
20
    Approved as to form and content.
21
        DATED: _____, 2008   {see next page}
22                                _____
                                  DONALD M. RE
23                                Attorney for claimant
                                  Armando Salcedo
24
                                  {see next page}
25      DATED: _____, 2008   _____
                                  ELON A. POLLACK
26                                Attorney for potential claimant
                                  Maricela Salcedo
27
28                                      7
```

8.  The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: _____, 2008

_____
UNITED STATES DISTRICT JUDGE

### CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: _____, 2008    THOMAS P. O'BRIEN
                        United States Attorney
                        CHRISTINE C. EWELL
                        Assistant United States Attorney
                        Chief, Criminal Division
                        STEVEN R. WELK
                        Assistant United States Attorney
                        Chief, Asset Forfeiture Section

                        _____
                        PIO S. KIM
                        Assistant United States Attorney

                        Attorneys for Plaintiff
                        UNITED STATES OF AMERICA

DATED: 2-20, 2008       _____
                        ARMANDO SALCEDO

DATED: _____, 2008    {see next page}
                        _____
                        MARICELA SALCEDO

Approved as to form and content.

DATED: 2-20, 2008       _____
                        DONALD M. RE
                        Attorney for claimant
                        Armando Salcedo

DATED: _____, 2008    {see next page}
                        _____
                        ELON A. POLLACK
                        Attorney for potential claimant
                        Maricela Salcedo

8

11. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: _____, 2008

_____
UNITED STATES DISTRICT JUDGE

### CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: _____, 2008

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
PIO S. KIM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: _____, 2008

_____
ARMANDO SALCEDO

DATED: 2-20, 2008

*/s/ Maricela Salcedo*
MARICELA SALCEDO

Approved as to form and content.

DATED: _____, 2008

_____
DONALD M. RE
Attorney for claimant
Armando Salcedo

DATED: _____, 2008

{see next page}

_____
ELON A. POLLACK
Attorney for potential claimant
Maricela Salcedo

9

8. The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: _____, 2008   _____
                         UNITED STATES DISTRICT JUDGE

CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: _____, 2008   THOMAS P. O'BRIEN
                         United States Attorney
                         CHRISTINE C. EWELL
                         Assistant United States Attorney
                         Chief, Criminal Division
                         STEVEN R. WELK
                         Assistant United States Attorney
                         Chief, Asset Forfeiture Section

                         _____
                         PIO S. KIM
                         Assistant United States Attorney

                         Attorneys for Plaintiff
                         UNITED STATES OF AMERICA

DATED: _____, 2008   _____
                         ARMANDO SALCEDO

DATED: _____, 2008   _____
                         MARICELA SALCEDO

Approved as to form and content.

DATED: _____, 2008   _____
                         DONALD M. RE
                         Attorney for claimant
                         Armando Salcedo

DATED: Feb. 21, 2008     /s/ Elon A. Pollack
                         ELON A. POLLACK
                         Attorney for potential claimant
                         Maricela Salcedo

10

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On February 22, 2008, I served a CONSENT JUDGMENT on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO: DONALD M. RE
    LAW OFFICES
    ONE WILSHIRE BUILDING
    624 SOUTH GRAND AVENUE, 22ND FLOOR
    LOS ANGELES, CA 90017

_X_  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___ Via Hand Delivery

___ Via Fax

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: February 22, 2008 at Los Angeles, California.

TERESA MARTINEZ